UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No.   2:26-cv-00233-PD                          Date: February 27, 2026

Title   *Pat Suarez v. Sierra Madre Pizza Co, Inc., et al.*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

|  |  |
|---|---|
| Isabel Verduzco | N/A |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:            Attorneys Present for Defendants:

N/A                                          N/A

**Proceedings (In Chambers):**      **Order Dismissing Case Without Prejudice [Dkt. No. 9]**

In the Notice of Settlement of Entire Case filed on February 24, 2026, Dkt. No. 9, Plaintiff represents the parties have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before **March 27, 2026**. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until **March 27, 2026**. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.

IT IS SO ORDERED.